UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN W. FERRON,**

      **Plaintiff,**                  **Case No. 2:06-cv-322**
                                      **JUDGE GREGORY L. FROST**
    **v.**                          **Magistrate Judge Abel**

**VC E-COMMERCE SOLUTIONS, et al.,**

      **Defendants.**

## **ORDER**

The Defendant, Media Breakaway, LLC, Motion to Dismiss Second Amended Complaint (Doc. # 150) shall come on for a non-oral hearing on March 17, 2008 at 8:00 a.m.

    **IT IS SO ORDERED.**

                                               /s/   Gregory L. Frost
                                               GREGORY L. FROST
                                               UNITED STATES DISTRICT JUDGE