# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOHN W. FERRON,**

    **Plaintiff,**                                  **Case No. 2:06-cv-322**
                                                        **JUDGE GREGORY L. FROST**
    **v.**                                                     **Magistrate Judge Mark R. Abel**

**VC E-COMMERCE SOLUTIONS, INC., et al.,**

    **Defendants.**


**JOHN W. FERRON,**

    **Plaintiff,**                                  **Case No. 2:06-cv-327**
                                                        **JUDGE GREGORY L. FROST**
    **v.**                                                   **Magistrate Judge Mark R. Abel**

**SEARCH CACTUS, L.L.C., et al.,**

    **Defendants.**

## **ORDER**

    The Plaintiff John W. Ferron's Motion for Leave to File Dismissal Without Prejudice of Plaintiff's Claims (Doc. # 252) shall come on for a non-oral hearing on June 2, 2008 at 8:00 a.m.

    **IT IS SO ORDERED.**


                                                                /s/   Gregory L. Frost
                                                                 GREGORY L. FROST
                                                                 UNITED STATES DISTRICT JUDGE